# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JASON VINT,<br><br>　　　　　　　Defendant. | Case No: 18-CR-4297-DMS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

**GOOD CAUSE HAVING BEEN SHOWN**, this Court hereby orders that the Sentencing Hearing scheduled for March 12, 2021 at 9:00 a.m. be continued to Friday, July 30, 2021 at 9:00 a.m. Defendant on bond shall file a signed acknowledgment of next court date by March 12, 2021.

**IT IS SO ORDERED.**

Dated: March 4, 2021

_____
Hon. Dana M. Sabraw
United States Chief District Judge